JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1150 SO. BRISTOL, INC., a California Corporation; and, DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-01704-JLS-JDE<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action without Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and 1150 So. Bristol, Inc., the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

The Order to Show Cause issued February 21, 2018 is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: March 22, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE

1